# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ABIUD REYES RIVERA

Bkrtcy. No. 11-08072-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 21, 2011
Meeting Date: Oct 26, 2011
DC Track No. 7

Days from petition date: 35
Meeting Time: 9:00 AM

910 Days before Petition: 3/25/2009
☐ Chapter 13 Plan Date
☐ Amended.

This is debtor(s) ____ Bankruptcy petition.
Plan Base: ____

This is the ____ Scheduled Meeting
Confirmation Hearing Date: Nov 18, 2011
Time: 1:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $0.00

---

**I. Appearances:** ☐ Telephone ☐ Video Conference
☐ Debtor Present ☐ ID & Soc. OK ☑ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☑ Not Examined under oath.
Attorney for Debtor(s) ☐ Present ☑ Not Present
☐ Substitute attorney: ☐ Pro-se.

☐ Creditor(s) present: ☐ None.
Brasvetti - Prieto

---

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: GEORGE OTERO CALERO*
Total Agreed: $3,000.00  Paid Pre-Petition: $0.00  Outstanding: $3,000.00 THROUGH THE PLAN

---

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

---

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: ____

Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ____

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for: ____

---

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Neither Debtor nor Debtor's attorney was present or gave a reason for absence. Case should remain dismissed. No payment to Trustee. Case is already dismissed (Docket 11)

---

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Oct 26, 2011